Prob19 (3/03)

11252671
26664-1210-0267-D

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

U.S.A. vs Frank Lee Edens, Jr.　　　　　　　　　Docket No. CR-21-00080-001

**TO: Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the Courts. | | | |
| NAME OF SUBJECT: Frank Lee Edens, Jr. | SEX: Male | RACE: White | AGE: 50 |
| ADDRESS (STREET, CITY, STATE, ZIP) Unknown | | | |
| TO BE BROUGHT BEFORE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF OKLAHOMA | | | |
| RECEIVED DEC 10 2025 U.S. MARSHALS W/OK | | WARRANT ISSUED: 12:22 pm, Dec 10, 2025 JOAN KANE, CLERK By: _____ | |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED 12/10/2025 | DATE EXECUTED 12/11/2025 |
| EXECUTING AGENCY (NAME AND ADDRESS) USMS W/OK OKC, OK 73102 | | |
| NAME J. Kuhlman | (BY) C. Brun | DATE 12/11/2025 |